FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-CR-00564-MWF |
| v. | |
| TOMAS MARQUEZ-RUIZ | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __George Antony Quevedo__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__12-19-2023__
Date

_____
Defendant's Signature

__Los Angeles, California__
City and State

## APPEARANCE OF COUNSEL

I, __George A. Quevedo__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__12-19-2023__
Date

_____
Attorney's Signature

__80557__
California State Bar Number

__2314 S. Garfield Ave__
Street Address

__Monterey Park, CA, 91754__
City, State, Zip Code

__(323) 887-7548__   __(323) 447-1005__
Telephone Number      Fax Number

__Aboga@yahoo.com__
E-mail Address

CR-14 (01/07)   **DESIGNATION AND APPEARANCE OF COUNSEL**