UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:23-CR-00564-MWF | Date: 12/19/2023 |
| Present: The Honorable: | Jean P. Rosenbluth, U.S. Magistrate Judge | |
| Interpreter | N/A | Language N/A |

| Bea Martinez | 12/19/2023 | Miri Song |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  CJA |
|---|---|
| TOMAS MARQUEZ-RUIZ | McBroom, Katherine |

**Proceedings:** Arraignment of Defendant and/or  ✔ Assignment of Case   Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/13/2024 8:30 AM; Status Conference:1/8/2024 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Appointment of Counsel: | 00 : 00 |
|---|---|---|---|---|---|
| | ✔ USMLA | USMED | USMSA | Arraignment: | 00 : 02 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: | BM by TRB |
| | ✔ CJA Supervising Attorney | | Fiscal | | |