TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JEREMY K. BEECHER (Cal. Bar No. 301272)
KELLY LAROCQUE (Cal. Bar No. 337912)
Assistant United States Attorneys
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5429/3308
Facsimile: (213) 894-0141
E-mail: jeremy.beecher@usdoj.gov
kelly.larocque@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TOMAS MARQUEZ-RUIZ,

Defendant.

Case No. 2:23-CR-564-MWF-3

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**TRIAL:**
**11/17/2026, 8:30am**
**STATUS CONF/MILs:**
**11/5/2026, 1:30pm**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the government and defendants in this matter on October 13, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides

good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued as to defendant Tomas Marquez-Ruiz to **November 17, 2026, at 8:30 a.m.** The status conference and hearing on Motions in Limine is continued to **November 5, 2026, at 1:30 p.m.**

2. The time period of October 27, 2026, to November 17, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant Tomas Marquez-Ruiz shall appear in Courtroom 5A of the Mendez United States Courthouse, 350 West First Street, Los Angeles, California, on November 5, 2026, at 1:30 p.m., and on November 17, 2026, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

October 14, 2026
DATE

MICHAEL W. FITZGERALD
United States District Judge

cc: USPPO

Presented by:

/s/
JEREMY K. BEECHER
KELLY LAROCQUE
Assistant United States Attorneys